UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YOLANDA LOCKETT,

     Plaintiff,

v.                                 Case No: 8:17-cv-1707-T-36TBM

RIVERHEIGHTS CLEANERS, INC. and
PROGRESSIVE EMPLOYER
MANAGEMENT LLC,

     Defendants.
_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on December 19, 2017 (Doc. 32).  In the Report and Recommendation, Magistrate Judge McCoun recommends that the Court grant the parties' Amended Joint Motion for Approval of Settlement and Dismissal of Action With Prejudice (Doc. 27) and deny as moot, the parties Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. 25).  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 32) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     The parties' Amended Joint Motion for Approval of Settlement and Dismissal of Action With Prejudice (Doc. 27) is **GRANTED.**  The Settlement Agreement (Doc. 27 - Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3)     The parties' Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. 25) is **DENIED as moot.**

(4)     This action is **DISMISSED**, with prejudice.

(5)     The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on January 3, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record